**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
AND ARREST WARRANT
FOR
JEFFREY HENRY WILLIAMSON,
Also known as JEFF WILLIAMSON**

I, Adewale Mustapha, being duly sworn, depose and say:

1. I am a Deputy U.S. Marshal (DUSM). I am currently a duly appointed Task Force Member of the Federal Bureau of Investigation (FBI)/Violent Crime Task Force, and have been detailed to the FBI since October 2013. I am currently assigned to a FBI squad that investigates violent crimes and threat cases against federal officials. Prior to my involvement with the Violent Crime Task Force, I was assigned to the U.S. Marshal's field office for the U.S. District Court for the District of Columbia. As a DUSM, I have investigated fugitives and threat cases against Judges and federal official's cases for the past four years.

2. The facts and information contained in this affidavit are based upon my personal knowledge as well as the observations of other agents and officers involved in this investigation. All observations not personally made by me were related to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation.

3. This affidavit contains information necessary to support probable cause for this application. This affidavit is not intended to include each and every fact and matter observed by me or known to the Government.

4. This affidavit is made in support of a warrant for the arrest of JEFFREY HENRY WILLIAMSON, also known as JEFF WILLIAMSON (the "defendant"), for violating Title 18, United States Code, Section 115(a)(1)(B), which makes it a crime to threaten to assault a

"Federal law enforcement officer," including an agent of the Federal Bureau of Investigation ("FBI").

5. In 2005, WILLIAMSON made a series of threats against the United States Attorney and the Chief Judge for the District of Colorado. In order to address the behavior, FBI Special Agent Brian Schmitt and a local Denver police officer wrote a series of tickets for "Disturbance by Use of a Telephone."

6. In 2008, an Assistant United States Attorney (AUSA-1) in the Southern District of Texas prosecuted WILLIAMSON there for making threatening communicatinos based on a series of phone calls and emails in which WILLIAMSON threatened to kill an AUSA in Houston, to kill FBI agents, and to blow up the FBI headquarters building in Washington, DC. After being convicted following a trial, WILLIAMSON was sentenced to 42 months incarceration and 3 years of supervised release.

7. While incarcerated and afterwards, WILLIAMSON kept up a steady pattern of harassing communications directed at federal officials, most notably AUSA-1and Special Agent Schmitt. WILLIAMSON completed his sentence and was released. The court subsequently revoked his supervised release. WILLIAMSON completed his second period of incarceration and was released again on or about November 29, 2013, in Texas.

8. On or about May 27, 2014, WILLIAMSON arrived in Washington, D.C. He has been staying at the Georgetown Ministry Shelter at 1041 Wisconsin Ave NW. Since arriving in D.C., WILLIAMSON has been spending a considerable amount of time across from the White House in Lafayette Park. During this time, he has placed multiple phone calls in which he references (1) websites he has created; (2) calling off the FBI "gang stalkers" who are harassing him; (3) various allegations of misconduct by the FBI, many mentioning Special Agent Schmitt by name; and (4) threats to "butt fuck" the President and the Attorney General by prevailing in litigation against the government. In particular, WILLIAMSON has made the following phone calls:

1) Beginning on or about May 27, 2014, he has called AUSA-1 every other day and left multiple recorded voicemails;
2) On or about May 27, 2014, he made 3 calls to the FBI Director;
3) On or about June 2, 2014, he left 14 voicemail messages for an Assistant United States Attorney for the District of Columbia (AUSA-2);
4) On or about June 4, 2014, he made 6 calls to the Central Intelligence Agency; and
5) On or about June 7, 2014, he left 6 voicemail messages for Chief Judge Roberts of the United States District Court for the District of Columbia (including one call in which he states that he's going to attach [a smoke bomb] to his sign and set it off in DC in a secret location).

9. On or about June 12, 2014, the FBI interviewed WILLIAMSON in Lafayette Park. Thereafter, WILLIAMSON placed another call to Chief Judge Roberts in which he complained that the "FBI gang stalkers" were harassing him again.

10. On or about June 19, 2014, at approximately 12:10 p.m., WILLIAMSON called the Metropolitan Police Department's (MPD) 911 number and stated, among other things, the following:

> I'm being stalked down here for this website. . . . I'm an American citizen. They're trying to provoke me and entice me into violence. Uh, so they can prosecute me and put me into prison. That's entrapment. Now, how 'bout if you call the FBI and tell 'em, how 'bout if I go shoot FBI Agent Brian Schmitt in his fuckin' head? Is that gonna stop this gang stalkin' ring? How 'bout if I go shoot FBI Agent Brian Schmitt in his mother fuckin' head? . . . Call the Washington, D.C. FBI Field Office and just fuckin' tell those motherfuckers that I'm gonna shoot that motherfucker in his fuckin' head. . . . I have fuckin' reported this, they're still doin' it, and if it doesn't stop I'm gonna' kill that fuckin' FBI Agent. Now what? . . . I will shoot that fuckin' FBI Agent in his fuckin' face. Now what?

According to MPD, the call was placed from cell phone number 202-817-7144. MPD stated that, at the time of the call, the cell phone was utilizing a cell tower at 1733 Pennsylvania Avenue, NW, Washington, D.C. I have learned WILLIAMSON is the subscriber for the phone number referenced above. The subscriber information lists WILLIAMSON as the subscriber for the phone, with an address of 1041 Wisconsin Ave, NW (the Georgetown Ministry Shelter), Washington, D.C.

11. Based on the statements described above, there is probable cause to believe that on June 19, 2014, JEFFREY HENRY WILLIAMSON, also known as JEFF WILLIAMSON, violated Title 18, United States Code, Section 115(a)(1)(B), by making threats to assault a federal law enforcement officer, that is, Special Agent Brian Schmitt.

_____
Adewale Mustapha, Deputy U.S. Marshal

Subscribed and sworn before me this _____ day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE