UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 21, 2014

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| JEFF HENRY WILLIAMSON, | : | Magistrate Case No.: 14-426 |
| | : | |
| Defendant. | : | VIOLATIONS: |
| | : | |
| | : | 18 U.S.C. § 115(a)(1)(B) |
| | : | (Threats against a Federal Law |
| | : | Enforcement Officer) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 19, 2014, within the District of Columbia, defendant **JEFF HENRY WILLIAMSON** did threaten to assault and murder a Federal law enforcement officer, that is, Brian Schmitt, a Special Agent with the Federal Bureau of Investigation, with intent to retaliate against such Federal law enforcement officer on account of the performance of his official duties.

**(Threats against a Federal Law Enforcement Officer**, in violation of Title 18, United States Code, Section 115(a)(1)(B))

A TRUE BILL

FOREPERSON

Ronald C. Machen Jr./SM
Attorney of the United States in
and for the District of Columbia