UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Let this be filed
Rm Coller
10/20/14

UNITED STATES OF AMERICA

v          CRIM NO 1:14-cr-00151-RMC-1

JEFF H WILLIAMSON

**FILED**
OCT 20 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DEFENDANTS SECOND EXHIBIT LIST

Comes Now, the Defendant, Jeff H Williamson, pro se, Files his second exhibit list of Documents and objects to his first exhibit list (DKT 38), pursuant to Rule 16(b)(1)(A). Upon request from the government, the defendant will permit the government to inspect and copy or photograph, books, papers documents, data, photographs, tangible objects, buildings or places pursuant to Rule 16(b)(1)(A) Fed R Crim P. The defendant Further ~~request~~ demands that any such request For discovery from the defendant be done so in writing to avoid any conflict or disagreement as to such request. Finally, it is submitted that the defendant only make the items available For inspection and copying, as Rule 16(b)(1)(A) does not require the defense to make copies for the government. The defendant, Jeff H Williamson, pro se, and says that he will offer his Exhibits ~~~~(DKT 38) at trial, as well as the Following Exhibits:

RECEIVED
OCT 20 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RECEIVED
OCT 17 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RECEIVED
Mail Room
OCT 17 2014
Angela D. Caesar, Clerk of Court

EXHIBIT 51: FBI 302 Report, dated 6/16/14 for an interview of defendant on 6/12/14 by FBI SA Chad Fleming and Justin H. Holgate at Lafayette Park

EXHIBIT 52: FBI Notes taken by FBI SA Chad Fleming and Justin H Holgate in connection with interview of Defendant at Lafayette Park

EXHIBIT 53: FBI Memorandum dated 10/27/05 from Denver FBI Field Office drafted by Brian Schmitt, approved by Steve W Olson

EXHIBIT 54: FBI Typed Notes by SA Brian Schmitt entitled "Timeline of calls by Jeff Williamson"

EXHIBIT 55: United States Marshal Report dated 6/29/05, Redacted

EXHIBIT 56: United States Marshal Report dated 5/31/05, Redacted

EXHIBIT 57: United States Marshal Report dated 5/3/05, Redacted

EXHIBIT 58: United States Marshal Report dated 5/3/05 (Modified), Redacted

EXHIBIT 59: Defendants 3 Foot by 8 Foot Protest Sign "IMPEACH OBAMA" "watchdogblog.webs.com"

EXHIBIT 60: Defendants Email, dated June 19, 2008, 1:50 PM to inspector.general@usdoj.gov; william.blier@usdoj.gov; gail.robinson@usdoj.gov, concerning government harassment From: Jeff Williamson <renegadenewsroom@yahoo.com

EXHIBIT 61: Dismissal, People of The State of California vs Jeff H Williamson, Case No 2285491, For Vadalism brought by an off Duty police officer, as part of harassment. Tag No 4YFU911 California while defendant was passing out 9-11 Flyers to Support his website. Police Report. that goes to the stream of harassment as part of the Issue of Entrapment.

The Defendant reserves the right to File a supplement EXHIBIT LIST once the Discovery issues are resolved by the Court, and complete in this case.

October 14, 2014

Respectfully Submitted

*[signature]*

Certificate of Service

This is to certify that a true and correct copy of the Foregoing EXHIBIT LIST has been mailed to U.S. Attorneys Office, 555 Fourth St NW, Washington DC 20530

Oct 14, 2014

*[signature]*